IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Civil Division

| | |
|---|---|
| **HAROLD SULLIVAN**<br>**11210 Sewickly Street**<br>**Waldorf, Maryland 20601**<br><br>      **Plaintiff,**<br> vs.<br><br>**WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY**<br>**600 Fifth Street NW**<br>**Washington, D.C. 20001**<br><br>      **Defendant.** | **Case No:** |

## NOTICE OF REMOVAL BY DEFENDANT
## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")

To the Judges of the United States District Court for the District of Maryland:

1. On or about December 6, 2018, Plaintiff filed a Complaint against Defendant Washington Metropolitan Area Transit Authority ("WMATA") in the District Court of Maryland for Prince George's County, in the case titled Harold Sullivan v. WWMATA, Case No. 050200371182018.

2. Defendant WMATA was served with the Writ of Summons and Complaint by certified mail on January 2, 2019.

3. The Summons and Amended Complaint filed by the Plaintiff are attached as Exhibit A. These documents constitute the only process, pleadings, or orders received by WMATA in this case.

4. This is a civil action over which this Court has original jurisdiction, pursuant to MD. CODE ANN., Transportation Article, §10-204(81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court.

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the District Court of Maryland for Prince George's County be removed to this Court.

Date: January 31, 2019

Respectfully Submitted,

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

*/s/ Donna L. Gaffney*
Donna L. Gaffney, #16299
Associate Counsel
600 Fifth Street, N.W.
Washington, D.C.   20001
(202) 962-2721
dlgaffney@wmata.com
*Attorney for WMATA*

## CERTIFICATE OF SERVICE

I certify that on this 31st day of January, 2019, a true and accurate copy of the foregoing was served on the undersigned counsel of record via ECF:

Edward F. Simon, Esq.
P.O. Box 4284
Annapolis, Maryland 21403

*/s/ Donna L. Gaffney*
Donna L. Gaffney