

# DISTRICT COURT OF MARYLAND for Prince George's County

Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

## WRIT OF SUMMONS

Rec'd 1-2-19 Cert. mail (LJ)

Defendant: WASHINGTON METROPOLITAN AREA TRANSIT
Serve On: SIMON, EDWARD F
Address: P.O. BOX 4284
ANNAPOLIS, MD 21043

Date Filed : Dec 6, 2018
Issue Date : Dec 7, 2018
Case Number : 050200371182018
Complaint No. : 001

| Trial Date | : Mar 8, 2019 |
|---|---|
| Trial Time | : 08:45 am |
| Trial Room | : 161B |

You are summoned to appear for trial at the date, time and location shown above. If you intend to be present at the trial, you must file the attached Notice of Intention to Defend within fifteen days of receiving this complaint. Failure to file the Notice of Intention to Defend may result in a judgment by default or the granting of the relief sought.

**MUST BE SERVED BY Jan 6, 2019**      Robert Prender, Administrative Clerk /

To Private Process Server :
You are hereby commanded to serve this writ of summons and to make your return promptly if served. If you are unable to serve, you are to make your return below and return the original process to the court no later than ten days following the termination of the validity of the process.
I certify that:
☐ I served a summons by delivery of the complaint and all supporting papers to _____
on date ___/___/20_____ at location _____
The person I left the papers with acknowledged being: (1) A resident of above listed address; (2)18 years of age or older; (3) of suitable discretion in that relationship to the defendant is _____
and that; (4) the above listed address is the defendant's residence or usual place of abode. The facts upon which I concluded that individual served is of suitable age discretion are: _____
_____The cost of service is $ _____

Description of the Defendant / Person Served : Race _____ Sex _____ Height _____ Weight _____ Age _____
☐ I was unable to serve because _____
Attempt: _____ Attempt: _____ Attempt: _____ Attempt: _____ Attempt: _____
I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

_____  _____
Print Name of Process Server     Complete Address of Process Server
Date : ___/___/20_____  Signature : _____  Phone No. _____

CUT HERE --------------------------------------- CUT HERE

## NOTICE OF INTENTION TO DEFEND

Defendant : WASHINGTON METROPOLITAN AREA TRANSIT      Case # 050200371182018
Trial Date : Mar 8, 2019                                Complaint # 001

Notice : If you **contest the claim** or any part thereof, you must complete this Notice of Intention to Defend and file with the court listed at the top of this summons no later than 15 days after you receive this Summons and be present in court on the trial date. If you do not appear judgment by default or the relief sought may be granted.

**A corporation** may enter an appearance only by an attorney except that an officer of the corporation may appear on its behalf if the action is based on a claim that does not exceed $5,000.00.
Any reasonable accommodation for persons with disabilities should be requested by contacting the court prior to trial.

Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

### SEE ATTACHED NOTICE FOR IMPORTANT INFORMATION

I intend to be present at the trial of this claim and demand proof of the Plaintiff's claim.

Explanation of defense : _____

___/___/20___  _____  (___) _____  (___) _____
Date        Signature           Work Phone              Home Phone

_____
Address/City/State/Zip code

_____  _____
Fax number      e-Mail Address
☐ Check this box if this is a new address.

IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

HAROLD SULLIVAN  :
11210 Sewickly Street  :
Waldorf, MD 20601  :
:
    Plaintiff  :
:
v.  :  Case No.:
:
WASHINGTON METROPOLITAN  :
AREA TRANSIT AUTHORITY  :
600 Fifth Street NW  :
Washington, DC 20001  :
:
Serve On:  :
:
Office of the General Counsel  :
WMATA  :
600 Fifth Street NW  :
Washington, DC 20001  :
:
    Defendant  :

## COMPLAINT

COMES NOW Harold Sullivan, by and through the undersigned counsel, and brings this action against the Defendant, Washington Metropolitan Area Transit Authority, and alleges as follows:

### I. Jurisdiction

1. That jurisdiction of this Court is invoked under 28 U.S.C. §1446. *See also* the WMATA Compact, §80 and §81.

2. That jurisdiction of this Court is also invoked under Md. Code Ann., Cts. & Jud Proc. §4-401 and Md. Code Ann., Cts. & Jud. Proc. §§6-102 and 6-103.

3. That venue is proper pursuant to Md. Code Ann., Cts. & Jud. Proc. §6-201 and §6-202.

## II. Parties

4. That the Plaintiff, Harold Sullivan (hereinafter referred to as "Mr. Sullivan"), is an adult resident of Waldorf, Charles County, Maryland.

5. That upon information and belief, the Defendant, Washington Metropolitan Area Transit Authority (hereinafter referred to as "WMATA"), is an agency that was created by Congress that is governed by a Board of Directors from the Federal Government, Commonwealth of Virginia, and the State of Maryland.

## III. Facts

6. That on the morning of February 3, 2016, Mr. Sullivan was a customer of WMATA at the Branch Avenue Metro Station in Suitland, Prince George's County, Maryland.

7. That, prior to Mr. Sullivan's arrival at the metro station, it had been raining for a significant period of time including, but not limited to, the duration of Mr. Sullivan's commute by car from his home in Waldorf to the station in Suitland.

8. That Mr. Sullivan entered the station and used his metro pass to get through the gate.

9. That Mr. Sullivan walked down the stairs to the platform.

10. That there was an overhang covering the platform; however, a portion of the platform next to the train track was uncovered.

11. That Mr. Sullivan was walking on the platform in order to enter a train.

12. That Mr. Sullivan's legs did a split on the platform, which was wet due to rain, and Mr. Sullivan fell to the ground.

13. That no wet floor signs were visible on the platform prior to Mr. Sullivan's fall to warn customers, including Mr. Sullivan, of the slippery conditions on the platform.

14. That WMATA employees were working at the station on the morning of February 3, 2016.

15. That WMATA, by and through the employees, maintained the platform of the station.

16. That WMATA, by and through its employees working at the station on February 3, 2016, either knew or should have known about the slippery conditions on the platform right next to the train track due to the rainy conditions before Mr. Sullivan's fall.

17. That the condition of the platform next to the train track at the Branch Avenue Station on the morning of February 3, 2016, was hazardous.

18. That Mr. Sullivan submitted his claim to WMATA.

19. That WMATA has denied Mr. Sullivan's claim.

## IV. Claims

### Count I
### (Negligence)

20. That Mr. Sullivan incorporates each and every allegation as set forth in paragraphs 1 through 19 above.

21. That on the morning of February 3, 2016, WMATA, by and through its employees, owed a duty to customers, including Mr. Sullivan, to maintain the platform in safe condition and/or warn of hazardous conditions on the platform that it knew about, or should have known about.

22. That on the morning of February 3, 2016, WMATA, by and through its employees, breached its duty to customers, including Mr. Sullivan, when it failed to maintain the platform in safe condition and/or failed to put up a wet floor sign or otherwise warn customers of the hazardous condition of the platform, which it knew about, or should have known about.

23. That placing wet floor signs up on the platform or otherwise warning customers of wet conditions on the platform was a proprietary/ministerial function for employees at the station.

24. That as a foreseeable and proximate result of the breaches of duty of WMATA, by and through its employees, Mr. Sullivan slipped and fell.

25. That as a foreseeable and proximate result of the breaches of duty of WMATA, by and through its employees, Mr. Sullivan suffered and will continue in the future to suffer from injuries including, but not limited to, physical and mental pain, suffering, mental anguish, humiliation, embarrassment, disfigurement, fright, and inconvenience.

26. That as a foreseeable and proximate result of the breached of duty of WMATA, by and through its employees, Mr. Sullivan has incurred and will continue in the future to incur medical expenses, lost wages and lost business opportunities.

27. That Mr. Sullivan was not contributory negligent, nor did he assume the risk of the injuries and damages sustained.

WHEREFORE, the Plaintiff, Harold Sullivan, prays for judgment against the Defendant, Washington Metropolitan Area Transit Authority, in the amount of Fifteen Thousand Dollars ($15,000.00), the reasonable costs and expenses of this action; and such other relief as the Court deems proper.

Respectfully Submitted,

_____
Edward F. Simon
CFP No.: 1206200228
Edward F. Simon, LLC
P.O. Box 4284
Annapolis, MD 21403
(410) 562-0669
edsimon.law@gmail.com
Counsel for Mr. Sullivan

CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Complaint does not contain any restricted information.

_____
Edward F. Simon

## IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

HAROLD SULLIVAN
11210 Sewickly Street
Waldorf, MD 20601

    Plaintiff

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY
600 Fifth Street NW
Washington, DC 20001

Serve On:

Office of the General Counsel
WMATA
600 Fifth Street NW
Washington, DC 20001

    Defendant

Case No.:

## LINE TO ISSUE SUMMONS

To the Clerk of the Court:

Please issue a summons for the above-referenced Defendant to the undersigned counsel at the address listed below.

Respectfully Submitted,

_____
Edward F. Simon
CFP No.: 1206200228
Edward F. Simon, LLC
P.O. Box 4284
Annapolis, MD 21403
(410) 562-0669
edsimon.law@gmail.com
Counsel for Mr. Sullivan

IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

| | |
|---|---|
| HAROLD SULLIVAN<br>11210 Sewickly Street<br>Waldorf, MD 20601<br><br>    Plaintiff<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 Fifth Street NW<br>Washington, DC 20001<br><br>Serve On:<br><br>Office of the General Counsel<br>WMATA<br>600 Fifth Street NW<br>Washington, DC 20001<br><br>    Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:   Case No.:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## LINE TO ISSUE SUMMONS

To the Clerk of the Court:

Please issue a summons for the above-referenced Defendant to the undersigned counsel at the address listed below.

Respectfully Submitted,

*/s/ Edward F. Simon*

Edward F. Simon<br>
CFP No.: 1206200228<br>
Edward F. Simon, LLC<br>
P.O. Box 4284<br>
Annapolis, MD 21403<br>
(410) 562-0669<br>
edsimon.law@gmail.com<br>
Counsel for Mr. Sullivan
