IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| HAROLD SULLIVAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WASHINGTON METROPOLITAN AREA ) <br> TRANSIT AUTHORITY, ) <br> ) <br> Defendant. ) <br> ) | Civil Case No.: 8:19-cv-00300-GLS |

## ORDER

Before the Court is Defendant's Motion for Summary Judgment ("Defendant's Motion"), ECF No. 30.  The Court has reviewed Defendant's Motion, the opposition thereto, and Defendant's Reply.  No hearing is deemed necessary.  *See* Local Rule 105.6 (D. Md.).  For the reasons set forth in the accompanying Memorandum Opinion, the Court **GRANTS** Defendant's Motion.  Judgment shall be entered in favor of Defendant and the case is closed.

Dated:  February 26, 2020

                                                /s/
                                        The Honorable Gina L. Simms
                                        United States Magistrate Judge